## UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

Verit Muy and Mr. Tea, LTD,                              Case No. 25-cv-499 (JMB/DJF)

        Plaintiffs,

v.                                                                          **ORDER**

Michelle Moore and Michelle Moore, LLC,

        Defendants.

This matter is before the Court on Defendants Michelle Moore and Michelle Moore, LLC's *Suggestion of Bankruptcy and Request for Stay of Proceedings as to Defendant Verit Muy* (ECF No. 48) ("Notice"). This case concerns a franchising dispute between Plaintiffs Verit Muy and Mr. Tea, LTD (the franchisees) and Defendants (the franchisors). (ECF No. 1 at 1-2.) The Notice states that Mr. Muy has filed for Chapter 13 bankruptcy. As a result, Defendants contend this proceeding should be automatically stayed pursuant to 11 U.S.C. § 362. Defendants are plainly mistaken. Section 362 automatically stays proceedings *against* debtors who have filed for bankruptcy; it does not stay proceedings *initiated* by such debtors. *See Brown v. Armstrong*, 949 F.2d 1007, 1009-10 (8th Cir. 1991). Section 362 is therefore inapplicable to these proceedings because Mr. Muy initiated these proceedings and Defendants have not pursued any counterclaims against him. Defendants' request for a stay is DENIED, and all pretrial schedule deadlines remain in full force and effect.

    **IT IS SO ORDERED.**

Dated: April 2, 2026                              *s/ Dulce J. Foster*
                                       Dulce J. Foster
                                       United States Magistrate Judge